# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THEOLA JARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BANK OF AMERICA, HSBC BANK | § | |
| NEVADA, N.A., EQUIFAX | § | CIVIL ACTION |
| INFORMATION SERVICES, L.L.C., | § | NO. 05-2371-KHV |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC., TRANSUNION L.L.C., and CSC | § | |
| CREDIT SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court (Doc. #116). Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Theola Jarrett against Defendant Experian Information Solutions, Inc. are in all respects dismissed with Prejudice to the re-filing of same, with court costs to be paid by the party incurring same.

DATED this 12th day of June, 2006

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge