IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THEOLA JARRETT,                          )
                        Plaintiff,       )
                                         )      Case No. 05-2371 KHV
v.                                       )
                                         )
BANK OF AMERICA, N.A.                    )
HSBC Bank Nevada, N.A.,                  )
Equifax Information Services, L.L.C.,    )
Experian Information Solutions, Inc.,    )
Transunion L.L.C., and CSC Credit        )
Services, Inc.,                          )

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant Bank of America, N.A. have announced to the Court that all matters in controversy have been resolved.  A Stipulation of Dismissal with Prejudice (Doc. #119) has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Theola Jarrett against Defendant Bank of America are in all respects dismissed with Prejudice to the re-filing of same, with court costs to be paid by the party incurring same.

DATED this 14th day of June, 2006.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge