UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THEOLA JARRETT,<br><br>        Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, HSBC BANK<br>NEVADA, N.A., EQUIFAX<br>INFORMATION SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS<br>INC., TRANS UNION LLC and CSC<br>CREDIT SERVICES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  CASE NO.: 05-2371 KHV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Pursuant to a written stipulation entered into between the Plaintiff and Defendant Equifax Information Services, L.L.C. (Doc. #126), stating that the above-entitled action against that defendant has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Defendant Equifax Information Services, LLC are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated this 15th day of August, 2006.

                                                          s/ Kathryn H. Vratil
                                                          Kathryn H. Vratil
                                                           United States District Judge