**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| THEOLA JARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 05-2371 KHV |
| BANK OF AMERICA, N.A. | ) |
| HSBC BANK NEVADA, N.A., | ) |
| EQUIFAX INFORMATION SERVICES, L.L.C., | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| TRANSUNION L.L.C., and | ) |
| CSC CREDIT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL

Pursuant to a written stipulation (Doc. # 135) entered into between the Plaintiff and Defendant HSBC Bank Nevada, N.A., stating that the above-entitled action against that Defendant has been fully and finally compromised and settled on the merits:

IT IS HEREBY ORDERED that any and all claims of the Plaintiff against Defendant HSBC Bank Nevada, N.A., are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated this 7th day of December, 2006.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge